# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-20624
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 26, 2017

Lyle W. Cayce
Clerk

STACIE ANN SHAKIR,

Plaintiff—Appellant,

v.

JIM MURRAY FINANCIAL, d/b/a Nationwide Insurance Company,

Defendant—Appellee.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:14-CV-1911

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* Fifth Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.